# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**MASON MCCORMICK, # 408833**                                                              **PLAINTIFF**

**VERSUS**                                             **CIVIL ACTION NO. 1:17cv265-LG-RHW**

**DEPUTY KROUSE**                                                                  **DEFENDANTS**

## ORDER DENYING DISCOVERY AND CHANGE OF ADDRESS

BEFORE THE COURT are pro se Plaintiff Mason McCormick's Motion of Discovery [7] and Motion to Change Address [8]. McCormick is a pretrial detainee at the Harrison County Detention Center, and he challenges the conditions of his confinement. He moves for discovery and he "request[s] the Court to the [sic] my address." (Mot. to Change Address at 1).

To the extent McCormick requests discovery, that motion is denied. He is incarcerated, and the Court granted him *in forma pauperis* status in a contemporaneous Order. Therefore, McCormick's pleadings are subject to the screening provisions of the Prison Litigation Reform Act, 28 U.S.C. § 1915. Upon completion of the initial screening process, the Court will consider the matter of discovery and determine how this case will proceed.

As for McCormick's request to change his address, he states that his new address is a free world address. The motion, however, was mailed from the jail. Thus, he appears to be requesting that the Court either send his mail to somewhere other than where he is physically located or asking that the Court preemptively change his address to reflect an upcoming move. The motion will be denied at this time, as it appears that McCormick is still incarcerated. However, out of an abundance of caution, the Court will mail a copy of this Order to both

McCormick's address of record and the address contained within the Motion to Change Address. Furthermore, McCormick shall clarify, in writing, which address is his present physical location.

**IT IS THEREFORE ORDERED** that pro se Plaintiff Mason McCormick's Motion of Discovery [7] should be, and is hereby, **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Change Address [8] is **DENIED**. The Clerk of Court shall mail a copy of this Order to Plaintiff at both his address of record and at 2616 5th Avenue, Gulfport, Mississippi 39501. Plaintiff shall file a response consistent with this Order **no later than December 28, 2017**. Failure to timely comply with any Order of the Court may result in the dismissal of this case.

**SO ORDERED**, this the 14th day of December, 2017.

s/ Robert H. Walker
UNITED STATES MAGISTRATE JUDGE